IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Civil Action No. 5:14-cv-00707-BR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM A. HERDER, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF DEFAULT OF DEFENDANT WILLIAM A. HERDER

Upon the application of the plaintiff United States of America for entry of default of defendant William A. Herder for his failure to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, the default of defendant William A. Herder is hereby entered.

Date: February 6, 2015

_Julie Richards Johnston_
Julie Richards Johnston, Clerk